| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF DISTRICT OF COLUMBIA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | COMM 2013-CCRE12 K Street NW, LLC | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | n/a | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 99-1595492 | |
| 4. | Debtor's address | **Principal place of business** <br><br> **2900 K Street NW** <br> **Washington, DC 20007** <br> Number, Street, City, State & ZIP Code <br><br> **District of Columbia** <br> County | **Mailing address, if different from principal place of business** <br><br> **2340 Collins Avenue, Suite 700** <br> **Miami Beach, FL 33139** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | n/a | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **COMM 2013-CCRE12 K Street NW, LLC**     Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **COMM 2013-CCRE12 K Street NW, LLC**_____  Case number (*if known*)_____
Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
   ■ No
   ☐ Yes.

   List all cases. If more than 1, attach a separate list
   Debtor _____  Relationship _____
   District _____ When _____  Case number, if known _____

11. **Why is the case filed in *this district*?**  *Check all that apply:*
   ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
   ■ No
   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   ☐ It needs to be physically secured or protected from the weather.
   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   ☐ Other _____
   **Where is the property?** _____
     Number, Street, City, State & ZIP Code
   **Is the property insured?**
   ☐ No
   ☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

   **Statistical and administrative information**

13. **Debtor's estimation of available funds**  *Check one:*
   ■ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
   ■ 1-49
   ☐ 50-99
   ☐ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

15. **Estimated Assets**
   ☐ $0 - $50,000
   ☐ $50,001 - $100,000
   ☐ $100,001 - $500,000
   ■ $500,001 - $1 million
   ☐ $1,000,001 - $10 million
   ☐ $10,000,001 - $50 million
   ☐ $50,000,001 - $100 million
   ☐ $100,000,001 - $500 million
   ☐ $500,000,001 - $1 billion
   ☐ $1,000,000,001 - $10 billion
   ☐ $10,000,000,001 - $50 billion
   ☐ More than $50 billion

16. **Estimated liabilities**
   ☐ $0 - $50,000
   ■ $1,000,001 - $10 million
   ☐ $500,000,001 - $1 billion

Debtor  **COMM 2013-CCRE12 K Street NW, LLC**  Case number (*if known*) _____
Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **COMM 2013-CCRE12 K Street NW, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 19, 2024**
MM / DD / YYYY

X _/s/ signature_
Signature of authorized representative of debtor

**Edward Birsic**
Printed name

Title **Authorized Signatory**

**18. Signature of attorney**

X _/s/ signature_
Signature of attorney for debtor

Date **March 19, 2024**
MM / DD / YYYY

**Stephen K. Gallagher**
Printed name

**Venable LLP**
Firm name

**1850 Towers Crescent Plaza, Suite 400
Tysons, Virginia 22182**
Number, Street, City, State & ZIP Code

Contact phone **703.760.1600**    Email address **skgallagher@venable.com**

DC Bar # 452019
Bar number and State

# CERTIFICATE OF RESOLUTION

THE UNDERSIGNED, being the sole member and sole manager (the "Member") of **COMM 2013-CCRE12 K STREET NW, LLC**, a Delaware limited liability company (the "Company"), hereby approves and adopts the following resolutions by written consent and certifies that the resolutions have not been modified or rescinded, and are still in full force and effect:

**WHEREAS**, the Member has reviewed the liabilities and liquidity of the Company, alternatives available to it and the impact of the foregoing on the Company's business; and

**WHEREAS**, the Member has had the opportunity to consider alternatives available to the Company;

**NOW, THEREFORE, BE IT RESOLVED**, that the Member has determined it to be in the best interests of the Company and its creditors that the Company file or cause to be filed a voluntary petition (the "Petition") for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Columbia (the "Court"), and the same is hereby authorized and approved; and it is

**FURTHER RESOLVED**, that Edward Birsic, as Asset Manager at LNR Partners, LLC (the Member's attorney-in-fact) who oversees the property owned by the Company ("Authorized Signatory"), is hereby authorized, empowered and directed, in the name and on behalf of the Company, to prepare, execute and verify the Petition in such form as he shall deem appropriate and as required by law and to file such petition in the appropriate court together with such statements, schedules, exhibits and reports as may be required from time to time by the Bankruptcy Court, the bankruptcy rules or order of court, and to prepare and execute all other petitions, schedules, lists, motions, papers or documents, and to take all other actions necessary or appropriate in connection with the Company's Chapter 11 bankruptcy case, or any superseding or other bankruptcy case, the operation by the Company of its business as debtor-in-possession, the development and consummation of a Chapter 11 plan, and any other proceedings or matters arising therein or related thereto, all in such form as the Authorized Signatory shall approve, such approval to be conclusively evidenced by the execution and delivery of such papers or taking of such action; and it is

**FURTHER RESOLVED**, that the law firm of Venable LLP is hereby engaged as attorneys for the Company under a general retainer in the Chapter 11 case, subject to any requisite bankruptcy court approval; and it is

**FURTHER RESOLVED**, that the Authorized Signatory be, and hereby is, authorized to retain the services of any other attorneys, investment bankers, brokers, accountants and other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Signatory is hereby authorized to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Signatory, the Member or its designees shall be, and each of them, acting alone, and hereby is, authorized, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including, without limitation, filing fees, in each case as in the Member's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were adopted, are hereby in all respects approved and ratified.

The Member, by signing this certificate, agrees to the adoption of the foregoing resolutions by written consent.

**[SIGNATURES APPEAR ON THE NEXT PAGE]**

**IN WITNESS WHEREOF**, the undersigned, having the full authority to do so, has hereunto set his hand, this 19 th day of March, 2024.

    **COMM 2013-CCRE12 K STREET NW, LLC MEMBER:**

U.S. Bank Trust Company, National Association (as successor-in-interest to U.S. Bank National Association), as Trustee, for the Benefit of the Holders of COMM 2013-CCRE12 Mortgage Trust Commercial Mortgage Pass-Through Certificates

By:    LNR Partners, LLC, a Florida limited liability company, its Attorney-in-Fact under that certain Limited Power of Attorney dated March 22, 2023

By: _____
Name: _____Steven D. Ferreira_____
Title: _____Vice President_____

| Fill in this information to identify the case: | |
|---|---|
| Debtor name  **COMM 2013-CCRE12 K Street NW, LLC** | |
| United States Bankruptcy Court for the:  DISTRICT OF DISTRICT OF COLUMBIA | |
| Case number (if known) | ☐ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 19, 2024**        X /s/ signature
                                            Signature of individual signing on behalf of debtor

                                            **Edward Birsic**
                                            Printed name

                                            **Authorized Signatory**
                                            Position or relationship to debtor


Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | COMM 2013-CCRE12 K Street NW, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allegiance 2900K ST LLC<br>c/o Allegiance Investment Advisors, LLC<br>1330 Avenue of the Americas, 12th Floor<br>(Attn: Dean Britton)<br>New York, NY 10019 | Zachary.Guy@silverpeak.com | Ground Lease | | | | $1,884,806.56 |
| District of Columbia Office of Tax & Rev<br>1101 4th Street, SW, Suite 270 West<br>Washington, DC 20024 | e-services.otr@dc.gov | DC Real Estate Taxes | | | | $699,293.00 |
| Fujitech American, Inc.<br>7528 Innovation Way<br>Mason, OH 45040 | janderson@us.fujitec.com | Trade Debt | | | | $3,655.01 |
| Katten Muchin Rosenman LLP<br>1919 Pennsylvania Avenue NW, Suite 800<br>Washington, DC 20006 | daphne.pendlton@kattenlaw.com | Lease | | | | $281,765.67 |
| The Residences at Harbourside<br>2900 K Street, N.W.<br>Washington, DC 20007 | CLaBruno@LPC.com | Contract Claim | | | | $84,933.28 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

## United States Bankruptcy Court
### District of District of Columbia

In re  **COMM 2013-CCRE12 K Street NW, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| U.S. Bank Trust Company, National Association (as successor-in-interest to U.S. Bank National Association), as Trustee, for the Benefit of the Holders of COMM 2013-CCRE12 Mortgage Trust Commercial Mortgage Pass-Through Certificates | | | 100% of Membership Interests |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Signatory** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 19, 2024**

Signature  /s/ Edward Birsic

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of District of Columbia

In re   **COMM 2013-CCRE12 K Street NW, LLC**                                        Case No.   _____
                              Debtor(s)                                                              Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **COMM 2013-CCRE12 K Street NW, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**U.S. Bank Trust Company, National Association (as successor-in-interest to U.S. Bank National Association), as Trustee, for the Benefit of the Holders of COMM 2013-CCRE12 Mortgage Trust Commercial Mortgage Pass-Through Certificates**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 19, 2024** | /s/ Stephen K. Gallagher |
| Date | **Stephen K. Gallagher** |
| | Signature of Attorney or Litigant |
| | Counsel for   **COMM 2013-CCRE12 K Street NW, LLC** |
| | **Venable LLP** |
| | **1850 Towers Crescent Plaza, Suite 400** |
| | **Tysons, Virginia 22182** |
| | **703-760-1600 Fax: 703-821-8949** |
| | **skgallagher@venable.com** |

**United States Bankruptcy Court**
**District of District of Columbia**

In re **COMM 2013-CCRE12 K STREET NW, LLC**_____    Case No. _____
                                                                          Debtor(s)                                                Chapter      **11**

## LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of <u>5</u> pages and a total of <u>42</u> entities listed.

2. The attached list contains a true and correct name and address of each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case), each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party; each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date:  March 19, 2024.                           *[signature]* _____
                                                                          Edward Birsic
                                                                          Authorized Signatory

```
Admiral Security Services
4520 East West Highway, Suite 200
Bethesda, MD 20814-3382


AGW & Associates, Inc.
5711-A Center Lane
Falls Church, VA 22041


Allegiance 2900 K ST LLC
c/o John Ratino, Esq.
Goulston & Storrs
1909 K Street, NW
Washington, DC 20006


Allegiance 2900K ST LLC
c/o Allegiance Investment Advisors, LLC
1330 Avenue of the Americas, 12th Floor
(Attn:  Dean Britton)
New York, NY 10019


Alsco, Inc.
725 South Pickett Street
Alexandria, VA 22304


American Pest
11820 West Market Place
Fulton, MD 20759


BFI Waste Services, LLC d/b/a Republic
300 Ritchie Road
Capitol Heights, MD 20743


BFPE International, Inc.
7512 Connelley Drive
Hanover, MD 21076


Boland Trane Services, Inc.
30 West Watkins Mill Road
Gaithersburg, MD 20878
```

```
Choice Plantings, Inc.
180 N. Penrod Court
Glen Burnie, MD 21061


Classic Concierge, Inc.
2550 South Clark Street, Suite 520
Arlington, VA 22202


Colonial Parking, Inc.
Attn: President
1050 Thomas Jefferson Street, NW
Suite 100
Washington, DC 20007


Conservice, LLC
33 N. LaSalle Street, Suite 500
Chicago, IL 60602


Cowen Inc.
2900 K Street, N.W., Suite 520
Washington, DC 20007


Cowen Inc.
599 Lexington Avenue, 20th Floor
(Attn: John Holmes, COO)
New York, NY 10022


DC Treasurer
Office of Tax & Revenue
P.O. Box 96384
Washington, DC 20090


District of Columbia Office of Tax & Rev
1101 4th Street, SW, Suite 270 West
Washington, DC 20024


Dominion Elevator Inspections
6911 Richmond Highway, Suite 310
Alexandria, VA 22306
```

Eagle Mat
7917 Cessna Avenue, Unit G
Gaithersburg, MD 20879


Executive Maintenance, Inc.
4817 Flanders Avenue
Kensington, MD 20895


Fujitech American, Inc.
7528 Innovation Way
Mason, OH 45040


Government of the District of Columbia
Office of Tax & Revenue
Real Property Tax Division
1101 4th Street, SW
Washington, DC 20024


Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224


JM Zell Partners, Ltd
2900 K Street, N.W.
North Tower, Suite No. 525
Washington, DC 20007


JM Zell Partners, Ltd.
1900 K Street, N.W., Suite 850
Washington, DC 20006


Kastle Systems LLC
6402 Arlington Blvd.
Falls Church, VA 22042

Katten Muchin Rosenman LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006


LPC Commercial Services, Inc.
c/o Brandon Ernst
LPC Commercial Services, Inc.
101 Constitution Ave, NW, Suite 325 East
Washington, DC 20001


Mitchel Law, PLLC
c/o Alex Mitchel
1629 K Street NW, Suite 300
Washington, DC 20006


Mona Electric Group, Inc.
7915 Malcolm Road
Clinton, MD 20735


Nalco Water Institutional
4855 International Blvd., Suite 103
Frederick, MD 21703


Orkin
4414 Lottsford Vista Road
Lanham, MD 20706-4818


ReadyRefresh
P.O. Box 30139
College Station, TX 77842


Restoration & Maintenance, LLC
11900 Parklawn Drive, Suite 412
Rockville, MD 20852


Ryan LLC
2050 M Street NW, Suite 800
Washington, DC 20036

Siemens Industry, Inc.
6435 Virginia Manor Road
Beltsville, MD 20705


The Residences at Harbourside
2900 K Street, N.W.
Washington, DC 20007


Valcourt Building Services of Wash. DC
1951 Kidwell Drive, Suite 350
Vienna, VA 22182


Water Innovations Inc.
350 Engel Street
Escondido, CA 92029


Workspace
Dept. LA 25515
Pasadena, CA 91185


Yellowstone Landscaping, Inc.
42701 Trade West Drive
Sterling, VA 20166